IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CR-002-F |
| | ) | |
| ERNEST LEON WARD | ) | |

## **O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss the Indictment (Doc. #22) filed on May 4, 2005, it is hereby

ORDERED that the motion is GRANTED and the indictment in this case is dismissed.

DONE this 5th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE